**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**RYAN OAKLEY**                                                     **PLAINTIFF**

v.                                  **CIVIL ACTION NO.: 3:18-cv-837-HTW-LRA**

**WAR FIGHTING SYSTEM SOLUTIONS INC., and
LISETTE WYNO-BROUGH, INDIVIDUALLY**            **DEFENDANTS**

## NOTICE OF APPEARANCE

      **COMES NOW**, Nick Norris, WATSON & NORRIS, PLLC, 1880 Lakeland Drive, Suite G, Jackson, MS 39216, (601) 968-0000, and gives notice of his appearance as counsel for Plaintiff.

      THIS, the 5th day of December 2018.

                                                     Respectfully submitted,

                                                     <u>s/Nick Norris.</u>
                                                     NICK NORRIS (MSB #101574)
                                                     Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, MS 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

## **CERTIFICATE OF SERVICE**

I, NICK NORRIS, attorney for Plaintiff do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, to all counsel of record.

THIS, the 5th day of December 2018.

s/Nick Norris
NICK NORRIS
